**THE MOULTON LAW FIRM, P.C.**
6401 East Thomas Road, Suite 101
Scottsdale, Arizona 85251
 (480) 355-5000
Kathleen M. Kassmann
No. 013894
kathleen@moultonlawoffice.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon A. W. Lassley, a single man,<br><br>                    Plaintiff,<br><br>vs.<br><br>Secura Supreme Insurance Company, a Wisconsin insurance company; and John Does 1-10,<br><br>                    Defendant. | **ACTION NO: 2:14-cv-01677-PHX-JWS**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Plaintiff Brandon A. W. Lassley and Defendant SECURA Supreme Insurance Company, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of all claims raised in this lawsuit, with prejudice, with each party to bear its own costs and attorney's fees.

    DATED this 23rd day of May, 2016.

| | |
|---|---|
| **THE MOULTON LAW FIRM, P.C.** | **WRIGHT, WELKER & PAUOLE, PLC** |
| By: */s/ Kathleen M. Kassmann*<br>    Kathleen M. Kassmann, Esq.<br>    6401 East Thomas Road, Suite 101<br>    Scottsdale, Arizona 85251<br>    *Attorneys for Defendant* | By: */s/ Christopher Welker*<br>    Matthew W. Wright<br>    Christopher Welker<br>    10429 S. 51st Street, Suite 285<br>    Phoenix, AZ 85044-5228<br>    *Attorneys for Plaintiff* |

**HILL, HALL & DeCIANCIO, PLC**

By: */s/ Joel DeCiancio*
    Joel DeCiancio
    3131 Clarendon Ave., Ste 107
    Phoenix, Arizona 85016
    *Attorneys for Defendant Secura Supreme Insurance*

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd sday of May, 2016, I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrant:

Matthew W. Wright, Esq.
Christopher Welker, Esq.
WRIGHT WELKER & PAUOLE, PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044-5228
*Attorneys for Plaintiff*

Joel DeCiancio
HILL, HALL & DECIANCIO, PLC
3131 Clarendon Avenue, Suite 107
Phoenix, Arizona  85016
*Attorneys for Defendant Secura Supreme Insurance*

*/s/ Joyce Meyer*