UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BRANDON AW LASSLEY | v. | SECURA SUPREME INSURANCE COMPANY |
| HONORABLE JOHN W. SEDWICK | | 2:14-cv-01677-JWS |
| ORDER FROM CHAMBERS | | MAY 31, 2016 |

_____

The stipulation at docket 63 is effective without a court order. The Clerk will please close this case.

_____